Date: 02/05/11　　　　　　　　　　　　　　　　　　　　　　　　　　　　　# 151837　　　　　　Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-15015 - ANGELONE, JR., JAMES A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Drs Hill & Thomas, Co.<br>25001 Emery RD # 100<br>Cleveland, OH 44128 | 000006 | 62.00 | 1.29 |
| ---------- Remittance Total --------------- | | 62.00 | 1.29 |

_____
DAVID O. SIMON, TRUSTEE

CK 107



FILED 11 FEB -7 PM 2:18